DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY ROGERS,**
Appellant,

v.

**GRIFFIN COMMERCE CENTER, INC.** d/b/a
**VERSATILE WAREHOUSING,**
Appellee.

No. 4D22-2829

[April 19, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE21018235.

Jeffrey Rogers, Dania Beach, pro se.

Peter Sobota of Sobota P.L., Davie, for appellee.

PER CURIAM.

*Affirmed. See Esaw v. Esaw*, 965 So. 2d 1261, 1264 (Fla. 2d DCA 2007) ("The most salient impediment to meaningful review of the trial court's decision is not the absence of findings, but the absence of a transcript.").

GROSS, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***